IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                           JUDGE DAVID M. EBEL


Courtroom Deputy: Kathleen Finney                Date: July 27, 2010
Court Reporter: Kara Spitler


Criminal Action No. 10-cr-00311-DME


*Parties:*                                       *Counsel:*


UNITED STATES OF AMERICA,                        Mark J. Barrett

     Plaintiff,

v.

1. LESTER EUGENE FOWLER,                         Scott T. Poland

     Defendant.

_____

## COURTROOM MINUTES
_____

Trial Preparation Conference

**10:11 a.m.   Court in session.**

Defendant present, in custody.  Appearances of counsel.

Discussion regarding Defendant's Unopposed Motion to Continue Trial Pursuant to Speedy Trial Act 18 U.S.C. Section 3161(h)(7) "Ends of Justice Continuance"  [Doc. No. 36, filed 7/23/2010].

Discussion regarding Defendant's Motion to Suppress In-Court Identification [Doc. No. 20, filed 7/16/2010].

**ORDERED:**   Defendant shall submit a clear and legible photo array to the Court **by end of business TODAY.**

1

**ORDERED:** Defendant's Motion to Suppress In-Court Identification [20] is **TAKEN UNDER ADVISEMENT**.

Discussion regarding Defendant's Motion to Suppress Evidence Seized from Defendant's 2001 Black Ford Expedition Colorado License Plate Number 087SWV [Doc. No. 31, filed 7/16/2010] and Defendant's Motion to Suppress Evidence Seized from 3265 Krameria Street, Denver, Colorado [Doc. No. 32, filed 7/16/2010].

**ORDERED:** Defendant shall submit the search warrant and affidavit **by end of business TODAY**.

**ORDERED:** Defendant's Motions to Suppress [31 and 32] are **TAKEN UNDER ADVISEMENT**. If, upon consideration of those motions, a hearing becomes necessary, the Court will set one.

Discussion regarding pending discovery motions [21, 22, 23, 24, 25, 26, 27, 28, and 29, filed 7/16/2010].

**ORDERED:** Parties shall file a motion or stipulation that all discovery matters have been resolved, and a stipulated proposed Protective order, by **end of business on Monday AUGUST 2, 2010.**

Discussion regarding the filing of additional motions.

**ORDERED:** Motions deadline is extended to **AUGUST 6, 2010.**

**ORDERED:** Responses to additional motions shall be filed **on or before AUGUST 13, 2010.**

Discussion regarding trial.

**ORDERED:** Defendant's Unopposed Motion to Continue Trial Pursuant [36] is **GRANTED**. Five day Trial is set starting **SEPTEMBER 27, 2010**.

Discussion regarding Defendant's Motion for Change of Venue Based on Pretrial Publicity [Doc. No. 33, filed 7/16/2010].

**ORDERED:** Defendant shall submit additional evidence regarding this Motion [33] **on or before end of business JULY 30, 2010.**

**ORDERED:** Defendant's Motion for Change of Venue Based on Pretrial Publicity [33] is **TAKEN UNDER ADVISEMENT.**

Discussion regarding the setting of a Pretrial conference. A Pretrial Conference will be set by separate Order.

**ORDERED:** A 60 day extension of time is **GRANTED** under the ends-of-justice provision of the Speedy Trial Act in order to prevent the miscarriage of justice. The Court is inclined not to grant another extension.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**10:47 a.m.    Court in recess.**

Total in-court time: 00:36.