**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Ginny Kramer                    Date: September 15, 2010
Court Reporter: Tracy Weir

**Criminal Action No. 10-cr-00311-DME**

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                 Mark J. Barrett

    Plaintiff,

v.

1. LESTER EUGENE FOWLER,                    Scott T. Poland

    Defendant.

_____

**COURTROOM MINUTES - TRIAL PREPARATION CONFERENCE**
_____

**2:03 p.m.**     **Court in session.**

Defendant present, in custody. Appearances of counsel.

Court and counsel discuss pending motions.

Argument as to Defendant's Motion for Order *for Severance of Counts Based on Improper Joinder and Relief From Prejudicial Joinder* [#67] filed August 24, 2010.

Argument as to the defendant's Motion in Limine, *Baseball hats, Gun, Wigs and Gloves,* [#55] filed August 6, 2010.

Argument as to the defendant's Motion to Disclose Grand Jury Material to Defendant of *Superseding Indictment*, [#66] filed August 24, 2010.

1

**It was ORDERED:**

1. That the parties Joint Motion for Order to Extend Notification of Plea Disposition [#76] filed September 15, 2010, is **GRANTED**. The deadline to notify the Court that the parties have reached a disposition in this matter is extended to **Friday, September 17, 2010, at 3:30 p.m.**

2. That the Defendant's Motion for Order for Severance of Counts Based on Improper Joinder and Relief From Prejudicial Joinder [#67], filed August 24, 2010, is **DENIED**, for the reasons stated on the record.

3. That the Defendant's Motion in Limine *Evidence of Other Four Uncharged Robberies,* [#56] filed August 6, 2010, is **WITHDRAWN as MOOT**.

4. That the Defendant's Second Motion in Limine *Baseball Hats, Gun, Wigs and Gloves* [#55] filed August 6, 2010, as to the gun, baseball hats and wigs the motion is **MOOT**. As to the hood, sunglasses and the glove the motion is **DENIED** subject to a renewal of objection at the time of trial or at the time that those items are first offered for relevancy.

5. That the Defendant's Motion to Disclose Grand Jury Material to Defendant on *Superseding Indictment* [#66] filed August 24, 2010, is **GRANTED** as stated on the record.

6. That the Defendant's Motion for Issuance of Subpoenas *in Forma Pauperis* [#73] filed September 10, 2010, is **GRANTED** as stated on the record.

Jury trial is scheduled to commence on **Monday, September 27, 2010, at 8:00 a.m.**

Court and counsel discuss trial procedurals.

Court advises counsel as to the procedure of jury selection.

The Court will seat twelve (12) jurors with two (2) alternate jurors.

Opening statements are limited to twenty (20) minutes per side.

The parties have stipulated to exhibits except for Exhibits 14, 19, and 23 through 27. The Court will rule on those exhibits when they are offered into evidence.

The parties are advised to inform their witnesses that a Sequestration Order will be in

effect during the trial.

The Government shall have twenty (20) hours for presentation and argument time.

The Defendant shall have ten (10) hours for presentation and argument time.

Time limits are subject to showing of good cause to extend the time limits.

The courtroom deputy shall keep track of each parties time in their presentation of their case and inform each party as to the time they have used at each break and at the end of each day of trial.

**2:50 p.m	Court in recess.**

Total in court time: 00:47 minutes
Hearing concluded.