IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00311-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESTER E. FOWLER,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition was filed in the above matter on September 16, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **September 28, 2010, at 2:00 p.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on September 23, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the 5-day jury trial in this matter, set to commence September 27, 2010, is VACATED.

DONE AND SIGNED this  17th   day of September, 2010.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U.S. Circuit Court Judge