**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE DAVID M. EBEL**

Courtroom Deputy: Kathleen Finney        Date:  December 16, 2010
Court Reporter: Gwen Daniel
Probation Officer: Lisa Pence

Criminal Action No.   10-cr-00311-DME

*Parties:*                                                *Counsel:*

UNITED STATES OF AMERICA,                 Mark J. Barrett

    Plaintiff,

v.

LESTER EUGENE FOWLER,                     Scott T. Poland

    Defendant.

## SENTENCING MINUTES

**10:04 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:** September 28, 2010.

Defendant pled guilty to Count 2 of the Superseding Indictment.

Defendant sworn.

Parties received and reviewed the presentence report and addendum.

Amended Plea Agreement has been accepted with modifications and signed by counsel.

**ORDERED:**  Government's Motion to Dismiss Remaining Counts [Doc. No. 98, filed 12/15/2010] is **GRANTED.**  Counts 1, 3, 4 and 5 of the Superseding Indictment are **dismissed**.

10:14 a.m.    Government's witness Veronica Bowie, called and sworn.

10:15 a.m.    Direct examination by Mr. Barrett.

10:42 a.m.    Cross examination by Mr. Poland.

10:44 a.m.    Witness is excused.

The Court addresses Defendant's Motion for Downward Departure [Doc. No. 94, filed 11/23/2010].  Argument by Mr. Poland. Argument by Mr. Barrett.

**ORDERED:**  Defendant's Motion for Downward Departure [Doc. 94] is **DENIED.**

The Court addresses Defendant's Motion for Non-Guideline Sentence [Doc. No. 97, filed 12/07/2010].  Argument by Mr. Poland.  Argument by Mr. Barrett.

**ORDERED:**  Defendant's Motion for Variance [Doc. 97] is **DENIED.**

The Government, defense counsel, defendant and defendant's girlfriend, Shelley Oliver, were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count 2 to a term of imprisonment of 70 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.

**Conditions of supervised release (or) probation:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.

  (X)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
  (X)  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release (or) probation:**
  (X)  Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer
  (X)  Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
  (X)  Defendant shall provide the probation officer with access to any requested financial information.
  (X)  Defendant shall work with the probation officer in the development of a monthly budget which shall be reviewed with the probation officer quarterly.
  (X)  Defendant shall make payment on the restitution obligations that remains unpaid and the restitution plan shall be forwarded to the Court.
  (X)  Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritance, judgments or other unanticipated or unexpected financial gains to the outstanding Court ordered financial obligations in this case.
  (X)  Defendant shall complete a consumer credit counseling program.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**

Restitution obligations in the amount of $36,800.50 are to be paid immediately to the Clerk of the U.S. District Court, at Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294-3589 for distribution as follows: $5,460 to Bank of Choice, $13,553 to UMB Bank; $9,779 to Bank of Denver, $3,991.50 to TCF Bank, and $4017 to Public Service Credit Union.

Any unpaid restitution, upon release from incarceration, shall be paid in monthly installments during the term of supervised release. The monthly installment payment will be calculated as at least 10% of the defendant's gross monthly wages.

Interest on restitution is waived.

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   A complete corrected copy of the presentence reports shall be prepared for the Bureau of Prisons and United States Sentencing Commission.

**ORDERED:**   Any copies of the presentence report and the addendum shall remain confidential according to the practice of the Court.  Counsel will be permitted access to the report if an appeal is taken.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

The Court recommends to the Bureau of Prisons the defendant be placed in a facility in Colorado.

**11:19 a. m.   Court in recess.**
Hearing concluded.
Total in-court time:  01:15