IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge David M. Ebel

Civil Action No. 11-cv-01536-DME
Criminal Action No. 10-cr-00311-DME

UNITED STATES OF AMERICA,

v.

LESTER EUGENE FOWLER,

    Movant.

---

ORDER

---

After preliminary consideration of Movant's amended motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before  August 22 , 20_11_, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   July 22, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
DAVID M. EBEL
United States District Judge